UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 16-10162-RWZ

UNITED STATES OF AMERICA

v.

VICTOR PENA

ORDER

October 25, 2019

ZOBEL, S.D.J.

The court has reviewed <u>in camera</u> the Alien File of Jose Herrera, who the government intends to call as a witness at trial. The file contains only documents dated between 1988 and 1994, when Jose Herrera was between 1 to 7 years old. It does not include any more recent immigration documents.

Because the file is not relevant to any issue in the case and contains no <u>Brady</u> or <u>Giglio</u> information, defendant's motion to compel disclosure thereof (<u>see</u> Docket # 409) is DENIED.

|  |  |
|---|---|
|    10/25/2019    |    /s/ Rya W. Zobel    |
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |