UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>VICTOR PENA )<br>) | CRIMINAL NO. 16-CR-10162-RZW |

### DEFENDANT'S WITNESS LIST

The Defendant, Victor Pena, hereby notifies all counsel that he may call any of the witnesses listed below at trial.  Mr. Pena reserves the right to supplement this list.

1. Ricardo Encarnacion

2. Private Investigator Mark Chaupetta
   Brockton, MA

3. A.T.F. S.A. John Mercer

4. Robert Powers, Ph.D, F-ABFT
   University of New Haven
   West Haven, CT

5. Sean Carvalho
   Nissan 24
   Brockton, MA
   DOB: 11/26/72

6.    Paul Williams
   Lou's Muffler
   Stoughton, MA
   DOB: 12/31/79

7.    Yalitza Duchene
   Stoughton, MA
   4/11/95

8.    Jeannie Baez

9.    Any witness whose name appears on the Government's Witness List or on the witness lists previously filed and/or served by the government in this case.

                      Respectfully submitted,

                      VICTOR PENA
                      By his Attorney,

                      /s/Leslie Feldman-Rumpler
                      Leslie Feldman-Rumpler
                      Attorney-at-Law
                      BBO # 555792
                      229 Harvard Street
                      Boston, MA  02446
                      (617) 728-9944

## CERTIFICATE OF SERVICE

I, Leslie Feldman-Rumpler, counsel for defendant Victor Pena, hereby certify that I have served a copy of the within motion on all parties by causing it to be filed electronically via ecf.

October 26, 2019                                   /s/Leslie Feldman-Rumpler
Date                                                     Leslie Feldman-Rumpler, Esq.